# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Shaun M. Morgan-Dalton,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:23-cv-00835-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Pazavar Priest,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 9, 2024 Order.

February 9, 2024

Katherine Hord Simon, Clerk
United States District Court